**\*\*NOT FOR PRINTED PUBLICATION\*\***

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **CASE NO. 9:20-CR-19** |
| **v.** | § | |
| | § | |
| | § | |
| | § | |
| **RAUL NICHOLAS VELIZ** | § | |

**ORDER ACCEPTING THE MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Zack Hawthorn recommended:

1.      that the court find that the Defendant violated the second allegation in the petition that he failed to follow a condition of release;

2.      revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3.      the Defendant should be sentenced to a term of 6 months' imprisonment, with no supervised release to follow.  His term of imprisonment should be served at the Federal Correctional Institute in Texarkana, Texas if the Bureau of Prisons can accommodate such request.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government each signed a standard form waiving their right to object to the proposed findings

and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended.  The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ACCEPTED**.  It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Raul Nicholas Veliz's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

So **ORDERED** and **SIGNED** this **26** day of **May, 2020.**

_____
Ron Clark, Senior Judge